cc;)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Douglas McArthur Sutton III
291-553
720 Bosley Ave
Towson Md 21204
D.o.B. 09-24-1986

(Full name, date of birth, identification #, address of petitioner)
Plaintiff,

FILED
JAN 19 2022
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v.

Director Gail Watts
Sgt. Salisbury
Sgt. Carter II
Sgt. McDowell
Ofc. Tramm
Capt. Patilla
other officers I can't name without help

all have same address
720 Bosley Ave.
Towson, Md 21204.

Case No.: _____
(Leave blank. To be filled in by Court.)

(Full name and address of respondent)
Defendant(s).

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

      Plaintiff: N/A

      Defendant(s): N/A

      2. Court (if a federal court name the district; if a state court name the city or county):

      N/A

3. Case No.: __N/A__

4. Date filed: __N/A__

5. Name of judge that handled the case: __N/A__

6. Disposition (won, dismissed, still pending, on appeal): __N/A__

7. Date of Disposition: __N/A__

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☒   NO ☑

1. If you answered YES:

   a. What was the result? __N/A  I'm in Pretrial__ ~~[scribbled out]~~

   b. Did you appeal? __N/A__

   YES ☐   NO ☑

2. If you answered NO to either of the questions above, explain why: __N/A__ ~~[scribbled out]~~

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 1-9-22 at about 8:35 pm, I was laying in bed. My cell door opened and my tier officer, Ofc. Tramin ~~[scribbled out]~~ came over my intercom telling me it was medication time. I exited my cell, walked down the steps and

approached the medication slot. I was assulted by Joshua Jerome Brown #424-996 unexpectedly we are both housed in Protective Custody in different cells and are Verified "Keep Seperate's" he is almost one foot taller than me and literally twice my weight.

I tried to not fight but I hit my leg on the table attempting to flee. I was then assulted and fell and was further assulted.

Ofc. Tramin and Sgt. Carter II were in the Bubble watching and could have very easily noticed the door to Browns cell was improperly secure. Mr. Brown Jammed his door.

A nurse came to the tier and would not look at all my injuries. She told me I would be further evaluated later. At 2:00 am. 1-10-22 Sgt. Salisbury brought me a ticket for being assulted but wouldnt give me a copy, told me medical was done with me and when I told him I wanted to press charges he laughed and said "Not my problem."

I was still in pain and not recieving a response from officers on the intercom so I began to flood my cell. Sgt. Salisbury shut my water off via the Janitors closet then shot PepperSpray into my cell. I said I only want to see medical. He said "I'm about to Fuck You up!" with about 10 officers in front of my cell. Sgt. Salisbury told me to "Cuff up". I turned around put my hands behind my back, when my door opened Sgt. Salisbury sprayed me with mace again And I never posed a threat. I was Handcuff.

Over the next few days I have not been seen by

(Turn over on back)

medical which they deliberately deprived me violating my 8th amendment.

I have told numerous Sgts. I wanted to press charges. They refuse to take pictures.

They refuse to allow me to speak to proper athorties at the Baltimore county Police Department.

I've Contacted Internal affairs, Sgt. McDowell, and Capt Patilla with no response.

My injuries include a Broken tooth, Swollen Jaw, Sore Knecky, Hand size bruise to my left Knee, Bruise to my right leg, and Bruising to my right shoulder abrasions to my right forearm and a cut, now infected to my left foot.

I have asked my tier officers for 200 forms but denied every shift. a 200 Form is a complaint form which I would complain about the incident, but I was deprived that. can someone at the Federal courthouse call (410) 8874870 or (410) 8873943 to the Baltimore county Police Dept and have them come visit me so I can press charges on inmate Joshua Brown For assaulting me because the officials here at BCDC denied my right to call them.

also please have Director Gail Watts disclose to me the video footage of the incident right away, because they usually destroy the video in 60 days after the incident.

IV. Relief
  (State briefly what you want the Court to do for you.)

I'm asking for $800,000 for Baltimore County Detention Center not allowing me to be assaulted in a Secure inviornment by my known enemy, Violating my rights and blocking me from medical attention and filing Charges. I would like video survalence for 4-G Tier for 1-9-22.

SIGNED THIS 13 day of January, 2022.

I can't sleep due to all the pain, and I'm suffering from ANXiety.

_Doug W__ III_
Signature of Plaintiff

Douglas Sutton III
Printed Name

720 Bosley Ave
Address Towson Md 21204

443-802-0648 (mother)
Telephone Number

— N/A
Email Address

My 1983 Law Suit States a claim upon which one maybe granted, and it must be looked at Less strigent then those drafted by attorneys.

See's White v White (1989).